In the Matter of the Claim of PATRICIA BUTKUS, Respondent, against JOHN BERZETES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of NELLIE MITCHERSON, Respondent, against THE PULLMAN COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of Mrs. CHARLES SCHLENKER, Respondent, against ROSENBERG BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of FRED MILES, Respondent, against VOSS & HOLLENBECK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of LOUIS REICH, Respondent, against LOUIS FOX, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of WILLIAM KLAMKOWSKY, Respondent, against KALLITSH CAFETERIA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ELIZABETH MITTIGA, Appellant, against UNITED STATES ALUMINUM COMPANY, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Appeal dismissed, on the ground that no appeal lies from a denial of application to reopen. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

In the Matter of the Claim of ALVINA HITZKE, Respondent, against CHARLES KOHLMETZ IRON WORKS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed, on motion of the Attorney-General, and claim remitted, with costs against the State Industrial Board. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

In the Matter of the Claim of SAM SCHRANGER, Respondent, against LOUIS HIRSCH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. Van Kirk, P. J., Davis, Whitmyer and Hasbrouck, JJ., concur; Hinman, J., dissents and votes for reversal and to remit for further proof to determine whether the hernia was the result of the strain of April 14, 1928, or the accident of April 18, 1928.